UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY LAMAR CARD, <br><br> Plaintiff, <br><br> v. <br><br> DIANA L. KIESEL, <br><br> Defendant. | CASE NO. 3:25-cv-05215-TMC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold. The Court having considered the R&R, objections to the R&R, if any, and the remaining record, does hereby find and ORDER:

(1) The R&R is ADOPTED. The Court has reviewed Mr. Card's "claim against unlawful action" and construed it as an objection to the R&R. The Court agrees that the Defendant is entitled to judicial immunity and adopts the reasoning of the R&R;

(2) Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED and the case is DISMISSED with prejudice; and

(3) The Clerk shall enter JUDGMENT and close this case.

**DATED** this 2nd day of April, 2025.

TIFFANY M. CARTWRIGHT
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1